1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6
   Attorney for Defendant
7  MINERVA ALEJANDRA SANCHEZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. 2:08-cr-058-GEB
14                                   )
                    Plaintiff,       )
15                                   )  STIPULATION AND [PROPOSED] ORDER
        v.                           )  CONTINUING CASE
16                                   )
   MINERVA ALEJANDRA SANCHEZ,        )
17                                   )  Date:  April 11, 2008
                    Defendant.       )  Time:  9:00 a.m.
18                                   )  Judge: Hon. Garland E. Burrell, Jr.
   _____    )
19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michael Beckwith, counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, counsel for Defendant that the status

23 conference scheduled for April 11, 2008, be continued until May 2, 2008

24 at 9:00 a.m. at the request of the defense. This continuance is sought

25 in order to permit further consultation with Ms. Sanchez with respect

26 to a recently received offer to resolve the case.

27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act be excluded between April 11, 2008 and May 2, 2008, pursuant

to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 10, 2008                    /S/ Michael Beckwith
                                         MICHAEL BECKWITH
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Dated: April 10, 2008                    /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MINERVA ALEJANDRA SANCHEZ

                            O R D E R

**IT IS SO ORDERED.**

                    By the Court,

Dated:  April 10, 2008


                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge

Stipulation and Order              -2-