1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
MINERVA ALEJANDRA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-058-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| MINERVA ALEJANDRA SANCHEZ, | ) |
| Defendant. | ) Date: May 2, 2008<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the status conference scheduled for May 2, 2008, be continued until May 16, 2008 at 9:00 a.m. at the request of the defense. This continuance is sought in order to permit further consultation with Ms. Sanchez with respect to a recently received offer to resolve the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 2, 2008 and May 16, 2008, pursuant to

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
2  **IT IS SO STIPULATED.**

4  Dated: May 2, 2008                    /S/ Michael Beckwith
                                         MICHAEL BECKWITH
5                                        Assistant United States Attorney
                                         Counsel for Plaintiff

8  Dated: May 2, 2008                    /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
9                                        Attorney for Defendant
                                         MINERVA ALEJANDRA SANCHEZ

11                          O R D E R
12  **IT IS SO ORDERED.**
13  Dated:  May 6, 2008

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Stipulation and Order                -2-