1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
MINERVA ALEJANDRA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-058-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| MINERVA ALEJANDRA SANCHEZ, | ) | |
| | ) | Date: September 26, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the sentencing hearing scheduled for September 26, 2008, be continued until October 17, 2008 at 9:00 a.m. at the request of the parties. This continuance is sought in order to complete evaluation and potential joint agreement of certain sentencing factors which are currently under discussion between the parties.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act is not an issue with respect to this continuance of
2  sentencing proceedings.
3     **IT IS SO STIPULATED**.
4
5  Dated: September 25, 2008    /S/ Michael Beckwith
6      MICHAEL BECKWITH
    Assistant United States Attorney
7      Counsel for Plaintiff
8
9  Dated: September 25, 2008    /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
    Assistant Federal Defender
10     Attorney for Defendant
    MINERVA ALEJANDRA SANCHEZ
11
12             O R D E R
13    **IT IS SO ORDERED**.
14       By the Court,
15 Dated:  September 26, 2008
16
17         GARLAND E. BURRELL, JR.
18         United States District Judge
19
20
21
22
23
24
25
26
27
28

Stipulation and Order          -2-