1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MINERVA ALEJANDRA SANCHEZ

8

9
                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    ) No. 2:08-cr-058-GEB
14                              )
              Plaintiff,        )
15                              ) STIPULATION AND [PROPOSED] ORDER
        v.                      ) CONTINUING CASE
16                              )
   MINERVA ALEJANDRA SANCHEZ,   )
17                              ) Date:  October 17, 2008
              Defendant.        ) Time:  9:00 a.m.
18                              ) Judge: Hon. Garland E. Burrell, Jr.
   _____ )
19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States
21  Attorney Michael Beckwith, counsel for Plaintiff, and Assistant Federal
22  Defender Jeffrey L. Staniels, counsel for Defendant that the sentencing
23  hearing scheduled for October 17, 2008, be continued until October 31,
24  2008 at 9:00 a.m. at the request of the parties. This continuance is
25  sought in order to complete evaluation and potential joint agreement of
26  certain sentencing factors which are currently under discussion between
27  the parties.
28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act is not an issue with respect to this continuance of
2 sentencing proceedings.
3     **IT IS SO STIPULATED**.

5 Dated: October 16, 2008     /S/ Michael Beckwith
6     MICHAEL BECKWITH
    Assistant United States Attorney
    Counsel for Plaintiff

8 Dated: October 16, 2008     /S/ Jeffrey L. Staniels
9     JEFFREY L. STANIELS
    Assistant Federal Defender
10     Attorney for Defendant
    MINERVA ALEJANDRA SANCHEZ

12     O R D E R
13     **IT IS SO ORDERED**.

14 Dated:  October 16, 2008

16 _____
    GARLAND E. BURRELL, JR.
17     United States District Judge

Stipulation and Order     -2-